(No. 6835)

CLARENCE BROWN, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed October 20, 1972.*

CLARENCE BROWN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6876)

ESTATE OF HELEN L. KAISER, Deceased, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed October 20, 1972.*

REDMAN, SHEARER, O'BRIEN AND BLOOD, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.